IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLORIDA TRANSPORTATION
ENGINEERING/SUMMIT
HOLDINGS CLAIMS CENTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants/Cross-Appellees,

v.

CASE NO. 1D13-4474
1D13-4863

KENNETH BENNETT, JR.,

Appellee/Cross-Appellant.

_____/

Opinion filed July 11, 2014.

An appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: February 23, 2004.

H. George Kagan of Miller, Kagan, Rodriguez & Silver, P.L., West Palm Beach, for
Appellants.

Kenneth B. Schwartz of Kenneth B. Schwartz, P.A., West Palm Beach, for Appellee.

PER CURIAM.

 AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.